# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## BILLINGS DIVISION

| | | |
|---|---|---|
| DAVIN R. HALL, | ) | |
| | ) | No. CV-10-38-BLG-CSO |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| | ) | **IN  A CIVIL CASE** |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

\_\_\_\_\_ **Jury Verdict.**

\_\_X\_\_ **Order of the Court, dated November 8, 2010, this Court hereby GRANTS the Halls's Motion for Summary Judgment to the extent he seeks remand and DENIES the Commissioners Motion for Summary Judgment. The Case is REMANDED to the Comissioner, pursuant to sentence four of 42 U.S.C. § 405(g).**

**DATED:  November 8, 2010**


**Patrick E. Duffy, Clerk of Court**


**By:  \_/s/ Judith D. Harris_____**
        **Deputy Clerk**